IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL COLLINS**                                                                 **PLAINTIFF**

**VS.**                    **CASE NO. 5:07CV00059 JMM**

**CAMILLE GARRETT,**
**RECORDS SUPERVISOR, VARNER**
**UNIT, ARKANSAS**
**DEPARTMENT OF CORRECTIONS, ET AL.**                          **DEFENDANTS**

**ORDER**

Plaintiff's Motion to Dismiss filed pursuant to Fed. R. Civ. P. 41(a) is granted (#7).

Plaintiff's complaint is dismissed. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  3  day of   April , 2007.

_____
James M. Moody
United States District Court